UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IRA POTOVSKY and PATRICIA POTOVSKY, Plaintiffs - Appellants, v. LINCOLN BENEFIT LIFE COMPANY, Defendant - Appellee. | No. 23-4130 D.C. No. 3:23-cv-02235-WHO Northern District of California, San Francisco MANDATE |

The judgment of this Court, entered January 07, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT